UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL C. PARKER,<br><br>    Plaintiff,<br><br>v.<br><br>MICHIGAN DEPARTMENT OF CORRECTIONS, et al.,<br><br>    Defendants. | Case No. 22-cv-12891<br><br>Honorable Robert J. White<br><br>Mag. Judge Curtis Ivy, Jr. |

**ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DIRECTING THE CLERK TO ENTER DEFAULT AGAINST DEFENDANT PRIEST**

Before the Court is Magistrate Judge Curtis Ivy, Jr.'s September 5, 2024 report and recommendation. (ECF No. 45). The report recommends that the Court direct the Clerk of the Court to enter default against defendant Miguel Priest pursuant to Fed. R. Civ. P. 55(a). (*Id.*, PageID.142). None of the parties objected to the report and recommendation. Fed. R. Civ. P. 72(b)(2).

The Court had an opportunity to fully review the matter and believes the magistrate judge reached the correct conclusions for the proper reasons. Accordingly,

IT IS ORDERED that Magistrate Judge Curtis Ivy, Jr.'s September 5, 2024 report and recommendation (ECF No. 45) is hereby accepted and adopted.

IT IS FURTHER ORDERED that the Clerk of the Court enter default against defendant Miguel Priest pursuant to Fed. R. Civ. P. 55(a).

IT IS FURTHER ORDERED that plaintiff Michael Parker has **21 days** from the date of entry of this order to move for a default judgment pursuant to Fed. R. Civ. P. 55(b)(2).

IT IS FURTHER ORDERED that in the event Parker does not move for a default judgment within the timeframe specified above, the Court will order him to show cause as to why Priest should not be dismissed from this case for failure to prosecute. *See* Fed. R. Civ. P. 41(b), E.D. Mich. LR 41.2.

Dated: September 27, 2024

s/Robert J. White
Robert J. White
United States District Judge